UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAMON LUIS VALENTINE,

    Plaintiff,

-vs-                                    Case No. 6:11-cv-1884-Orl-18KRS

MARGARET T. WALLER, et al.,

    Defendants.

## ORDER OF DISMISSAL

On December 6, 2011, the Court ordered Plaintiff to file an amended complaint within eleven days from the date of this Order (Doc. No. 5). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this _21_ day of December, 2011.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
OrlP 12/21
Ramon Luis Valentine